THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Alvino Salmeron

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-CR-0507-01-WBS |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR |
| vs. | |
| ALVINO SALMERON, | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for March 11, 2013, at 9:30 a.m. is continued to June 17, 2013, at 9:30 a.m. in the same courtroom.   The continuance is requested because defense counsel needs additional time to prepare for the Pre-Sentence Report (PSR). Daniel McConkie, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: January 29, 2013         By:   /s/ Thomas A. Johnson
                                       THOMAS A. JOHNSON
                                       Attorney for Defendant
                                       ALVINO SALMERON

1

1
2  DATED: January 29, 2013                    BENJAMIN B. WAGNER
                                              United States Attorney
3                                      By:   /s/ Thomas A. Johnson for
                                              DANIEL MCCONKIE
4                                             Assistant United States Attorney
5
6  **IT IS SO ORDERED.**
   DATED:   January 29, 2013
7
8                                      WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALVINO SALMERON,<br><br>　　　　　Defendant. | Case No.: 2:10-CR-0507-WBS<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and Sentencing date: | June 17, 2013 at 9:30 am |
| Reply or Statement | June 10, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | June 3, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | May 27, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | May 20, 2013 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | May 6, 2013 |

3