BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALVINO SALMERON,<br><br>　　　　　Defendant. | ) CR NO. 2:10-CR-0507-01-WBS<br>)<br>) STIPULATION AND ORDER FOR<br>) CONTINUANCE OF JUDGMENT AND<br>) SENTENCING AND MODIFICATION OF<br>) SCHEDULE FOR PSR<br>)<br>)<br>)<br>) |

**IT IS HEREBY STIPULATED** that the Judgment and Sentencing scheduled for June 17, 2013, at 9:30 a.m. is continued to August 26, 2013, at 9:30 a.m. The continuance is requested to allow the parties sufficient time to resolve any dispute in connection with the Pre-Sentence Report. Daniel McConkie, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

DATED: March 14, 2013　　　　　　　　　　By:　/s/ Daniel S. McConkie
　　　　　　　　　　　　　　　　　　　　　　　DANIEL S. McCONKIE
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

| | |
|---|---|
| DATED: March 14, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: /s/ Daniel S. McConkie for<br>THOMAS A. JOHNSON<br>Attorney for Alvino Salmeron<br>[per email authorization] |

**IT IS SO ORDERED.**

DATED: March 15, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>ALVINO SALMERON,<br><br>        Defendant. | CR NO. 2:10-CR-0507-WBS<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule:

| | |
|---|---|
| Judgment and Sentencing date: | August 26, 2013 at 9:30 a.m. |
| Reply or Statement | August 19, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | August 5, 2013 |
| The Pre-Sentence Report shall be filed with The court and disclosed to counsel no later than: | July 29, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel No later than: | July 22, 2013 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | July 8, 2013 |

3