THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Alvino Salmeron

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-CR-0507-01 WBS |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR |
| vs. | |
| ALVINO SALMERON, | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for August 26, 2013, at 9:30 a.m. is continued to October 7, 2013, at 9:30 a.m. in the same courtroom.   The continuance is requested because defense counsel needs additional time to prepare for the Pre-Sentence Report (PSR).  Daniel McConkie, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  June 17, 2013                         By:     /s/ Thomas A. Johnson
                                                      THOMAS A. JOHNSON
                                                      Attorney for Defendant
                                                      ALVINO SALMERON

1

DATED:  June 17, 2013

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Thomas A. Johnson for
DANIEL MCCONKIE
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  June 18, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:10-CR-0507-WBS |
| ) | |
| Plaintiff, ) | MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR |
| ) | FILING OF OBJECTIONS TO THE PRE- |
| v. ) | SENTENCE REPORT |
| ALVINO SALMERON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

Judgment and Sentencing date:                    October 7, 2013

Reply or Statement                                       September 30, 2013

Motion for Correction of the Pre-Sentence
Report shall be filed with the court and           September 23, 2013
served on the Probation Officer and opposing
counsel no later than:

The Pre-Sentence Report shall be filed with
the court and disclosed to counsel no later       September 16, 2013
than:

Counsel's written objections to the Pre-
Sentence Report shall be delivered to the         September 9, 2013
Probation Officer and opposing counsel
no later than:

3